

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-13-00387-CV

**JOHN MARGETIS,**

                                        **Appellant**

 **v.**

**NANCY PETTERSON
AND RUPERT KEEPING,**

                                        **Appellees**

_____

### From the County Court at Law
### Ellis County, Texas
### Trial Court No. 78461

---

## MEMORANDUM OPINION

---

The Clerk of this Court notified the parties in a June 5, 2014 letter that the appellant's brief was overdue in this cause and that the appeal may be dismissed if a response showing grounds for continuing the appeal was not filed within twenty-one days. No response has been filed. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).


                                      REX D. DAVIS
                                      Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Dismissed
Opinion delivered and filed July 17, 2014
[CV06]